Argued December 1—decided December 1, 1964

THELMA R. JACQUES *v.* JOSEPH P. JACQUES ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted.

*John E. Gallivan,* for the appellee (plaintiff).

*Albert J. Genua, Jr.,* for the appellants (defendants).

Argued December 1—decided December 1, 1964